UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
Mamie Lee Clark - Anderson, Debtor(s).  CASE NO. 10-58871-TJT
_____/  JUDGE THOMAS J. TUCKER

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES**, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. As of today, the Trustee has not received a true copy of the debtor's Payment Order, or an Electronic Transfer of Funds Payment Order, in contravention of E.D. Mich. L.B.R. 1007-1(c).

2. The Trustee requests that the debtor comply with the Court's March 12, 2010 Notice regarding tax refunds in Chapter 13 cases and provide the Trustee with a completed and signed copy of the Form 2848 - Power of Attorney and Declaration of Representative prior to confirmation. The debtor provided this form however it is not legible. The Trustee requests that the debtor type this form.

3. Based upon a proof of claim filed by Ocwen Loan Servicing, the obligation owing for real property is in arrears. Direct payment to such creditor is therefore not justified under E.D. Mich. L.B.R. 3070-1. The Trustee requests that the debtor amend the Plan to provide for the class 2 payment to be made by the Trustee.

4. The debtor's(s') Plan fails to provide that all of the debtor's(s') projected disposable income be utilized to fund the Plan. Specifically, the debtor's(s') Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

    a. Charitable contributions - $200.00 a month.

The Trustee requests that the debtor provide proof of these expenses at least fourteen (14) days prior to confirmation.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

                            OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                            Tammy L. Terry, Chapter 13 Trustee

July 27, 2010          **/S/ TAMMY L. TERRY (P-46254)**
                            Chapter 13 Standing Trustee
                            /s/ KIMBERLY SHORTER - SIEBERT (P-49608)
                            /s/ MARILYN R. SOMERS-KANTZER (P-52488)
                            Staff Attorneys
                            535 Griswold, Suite 2100
                            Detroit, MI  48226
                            (313) 967-9857
                            mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　CASE NO. 10-58871-TJT
Mamie Lee Clark - Anderson, Debtor(s).　　JUDGE THOMAS J. TUCKER
_____/

## CERTIFICATE OF MAILING

I hereby certify that on July 28, 2010, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

　　　　　　　　　　　　　　　　/s/ Juatane E. Miller
　　　　　　　　　　　　　　　　For the Office of the Chapter 13 Trustee-Detroit
　　　　　　　　　　　　　　　　535 Griswold, Suite 2100
　　　　　　　　　　　　　　　　Detroit, MI  48226
　　　　　　　　　　　　　　　　(313) 967-9857
　　　　　　　　　　　　　　　　mieb_ecfadmin@det13.net


Mamie Lee Clark - Anderson
643 Pinewood Street
Ypsilanti, MI  481988017


GREGORY L DODD
300 NORTH HURON
YPSILANTI, MI  481970000